01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  JAMES H. CARNER, III,              )   CASE NO. C07-1646-JLR-MAT
                                       )
09        Plaintiff,                   )
                                       )
10        v.                           )   ORDER DISMISSING ONE
                                       )   DEFENDANT AND DIRECTING
11  DR. BEN SANDERS,                   )   SERVICE BY MAIL ON REMAINING
                                       )   DEFENDANT
12        Defendant.                   )
    _____)
13

14        Plaintiff is a former inmate of the King County Correctional Facility ("KCCF") in Kent,

15  Washington and has filed this action pursuant to 42 U.S.C. § 1983. On November 5, 2007, United

16  States Magistrate Judge Mary Alice Theiler granted plaintiff leave to file an amended complaint

17  because the original complaint was deficient in several respects.  (Dkt. No. 10).  On November

18  27, 2007, plaintiff filed an amended complaint.  (Dkt. No. 13).  Having reviewed the amended

19  complaint, and the balance of the record, the Court does hereby find and ORDER as follows:

20        (1)    Dismissal of Claim Against Brian O'Farrell

21        In the amended complaint, plaintiff alleges that Brian O'Farrell, the Classifications

22  Supervisor at KCCF, violated his due process rights, apparently by interfering with plaintiff's

ORDER DISMISSING ONE DEFENDANT AND
DIRECTING SERVICE BY MAIL ON REMAINING
DEFENDANT
PAGE -1

01 ability to file the instant lawsuit. (Dkt. No. 13 at 3-4). Plaintiff also made similar allegations in

02 his original complaint.  In the Order granting plaintiff leave to amend, Judge Theiler advised

03 plaintiff that he must either delete his claim against defendant O'Farrell or allege facts showing that

04 O'Farrell had denied him access to the courts. (Dkt. No. 10 at 2).  In his amended complaint,

05 plaintiff has failed to make any concrete allegations against O'Farrell, and indeed, the fact that this

06 lawsuit is proceeding seems to refute his asserted denial of due process. *See Lewis v. Casey*, 518

07 U.S. 343, 349 (1996) (plaintiff must allege that he has suffered an actual injury stemming from the

08 alleged constitutional violation, a jurisdictional requirement that flows from standing doctrine and

09 may not be waived).  Accordingly,  plaintiff's allegations regarding defendant O'Farrell do not

10 state a claim for relief and plaintiff's claim against this particular defendant is DISMISSED under

11 28 U.S.C. § l9l5(e)(2)(B)(ii).

12        (2)    <u>Service by Clerk on Remaining Defendant</u>

13      As to the remaining defendant, it is hereby ORDERED that the Clerk send Dr. Ben

14 Sanders the following by first class mail:  a copy of the amended complaint and of this Order, two

15 copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of

16 Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.  The

17 Clerk shall also mail a copy of the amended complaint together with a copy of this Order to the

18 King County Prosecuting Attorney's Office, by first class mail.  Defendant shall have**thirty days**

19 within which to return the attached Waiver of Service of Summons.

20        (3)    <u>Response Required</u>

21      If defendant timely returns the signed Waiver of Service of Summons, he shall have **sixty**

22 **days** after the date designated on the Notice of Lawsuit to file and serve an answer to the

ORDER DISMISSING ONE DEFENDANT AND
DIRECTING SERVICE BY MAIL ON REMAINING
DEFENDANT
PAGE -2

01 complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.   If

02 defendant fails to timely return the signed Waiver of Service of Summons, he will be personally

03 served with a summons and complaint, and may be required to pay the full costs of such service,

04 pursuant to Rule 4(d)(2).   A defendant who has been personally served shall file an answer or

05 motion permitted under Rule 12 within **thirty days** after service.

06         (4)   <u>Filing and Service by Parties, Generally</u>

07       All attorneys admitted to practice before this Court are required to file documents

08 electronically via the Court's CM/ECF system.  Additionally, any document filed with the Court

09 must be accompanied by proof that it has been served upon all parties that have entered a notice

10 of appearance in the underlying matter. Counsel are directed to the Court's website –

11 www.wawd.uscourts.gov – for a detailed description of the requirements for filing via CM/ECF.

12       All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper

13 original of any document for the Court's consideration.  **For any party filing electronically,**

14 **when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the**

15 **document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's**

16 **Office for chambers.  The chambers copy must be clearly marked with the works "Courtesy**

17 **Copy of Electronic Filing for Chambers."  All filings, whether filed electronically or in**

18 **traditional paper format, must indicate in the upper right hand corner the name of the**

19 **Magistrate Judge to whom the document is directed.**

20         (5)   <u>Motions</u>

21       Any request for Court action shall be set forth in a motion, properly filed and served.  A

22 party must file with the motion a supporting memorandum.  The motion shall include in its caption

ORDER DISMISSING ONE DEFENDANT AND
DIRECTING SERVICE BY MAIL ON REMAINING
DEFENDANT
PAGE -3

01 (immediately below the title of the motion) a designation of the Friday upon which the motion is

02 to be noted upon the Court's calendar.  That date shall be the third Friday following filing of the

03 motion (fourth Friday for Motions for Summary Judgment).  All briefs and affidavits in opposition

04 to any motion shall be filed and served not later than 4:30 p.m. on the Monday immediately

05 preceding the Friday designated for consideration of the motion.  If a party fails to file and serve

06 timely opposition to a motion, the Court may deem any opposition to be without merit.  The party

07 making the motion may file, not later than the Friday designated for consideration of the motion,

08 a response to the opposing party's briefs and affidavits.

09        Plaintiff is advised, pursuant to *Klingele v. Eikenberry*, 849 F. 2d 409 (9th Cir. 1988), that

10 if defendants file a motion for summary judgment, any response must comply with the

11 requirements of Federal Rule of Civil Procedure 56.  This rule requires that the party opposing

12 summary judgment must submit affidavits or other evidence in opposition to the motion to

13 establish that there are issues of material fact and that the movant is not entitled to judgment as

14 a matter of law.  Plaintiff may not merely rest on the allegations in the pleadings.  Pursuant to

15 Local Rule CR 7(b)(4), failure to file necessary documents in opposition to a motion for summary

16 judgment may be deemed by the Court to be an admission that opposition is without merit.

17        Plaintiff is further advised, pursuant to *Rand v. Rowland*, 113 F. 3d 1520, 1524 (9th Cir.

18 1997), that should he fail to contradict a motion for summary judgment with counter-affidavits or

19 other competent evidence, the moving party's evidence may be taken as the truth, and final

20 judgment may be entered without a full trial.

21

22

ORDER DISMISSING ONE DEFENDANT AND
DIRECTING SERVICE BY MAIL ON REMAINING
DEFENDANT
PAGE -4

01    (6)    <u>Direct Communications with District Judge or United States Magistrate Judge</u>

02    It is further ORDERED that no direct communication is to take place with the District

03 Judge or  Magistrate Judge with regard to this case.  All relevant information and papers are to

04 be directed to the Clerk.

05    (7)    The Clerk is directed to send a copy of this Order and of the General Order to

06 plaintiff.

07    DATED this 4th day of December, 2007.

08

09                                          _____

10                                          JAMES L. ROBART
                                            United States District Judge
11

12
   Recommended for Entry
13 this <u>3rd</u> day of December, 2007.

14 <u>s/ Mary Alice Theiler</u>
   United States Magistrate Judge
15

16

17

18

19

20

21

22

ORDER DISMISSING ONE DEFENDANT AND
DIRECTING SERVICE BY MAIL ON REMAINING
DEFENDANT
PAGE -5