UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES H. CARNER, III, | CASE NO. C07-1646-JLR-MAT |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DR. BEN SANDERS, | |
| Defendant. | |

Plaintiff has filed an amended *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. 13)  Defendant was ordered by the Court to file an answer to the amended complaint by February 5, 2008. (Dkt. 15)  To date, however, defendant has neither filed the answer nor sought an extension of time in which to do so.  Accordingly, it is hereby ORDERED:

(1) Defendant shall show cause within 21 days from the receipt of this Order why plaintiff should not be granted relief.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendant, and the Honorable James L. Robart.

DATED this <u>3rd</u> day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1