UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES H. CARNER, III, ) | CASE NO. C07-1646-JLR-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING PLAINTIFF'S |
| ) | RESPONSE TO ORDER TO SHOW |
| DR. BEN SANDERS, ) | CAUSE |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 3, 2008, the Court issued an Order to Show Cause in this matter because defendant had failed to file an answer to plaintiff's complaint. (Dkt. No. 24). Defendant filed his answer on March 12, 2008. (Dkt. No. 25). More than two months later, on May 15, 2008, plaintiff filed a "response" to the Order to Show Cause. (Dkt. No. 28). Having reviewed the response and the balance of the record, the Court hereby finds and ORDERS as follows:

(1) Plaintiff's response to the Court's Order to Show Cause is both untimely and irrelevant as it does not address defendant's failure, at the time, to file an answer. As mentioned, defendant has now filed an answer. Accordingly, the Clerk shall STRIKE plaintiff's response (Dkt. No. 28) as moot.

ORDER STRIKING PLAINTIFF'S
RESPONSE TO ORDER TO SHOW CAUSE
PAGE -1

(2)     Plaintiff is reminded that, pursuant to the Court's previous Order establishing pretrial deadlines, dispositive motions are due no later than **June 16, 2008**.  (Dkt. No. 26).

(3)     The Clerk shall send a copy of this Order to plaintiff, to counsel for defendant, and to the Honorable James L. Robart

DATED this 20th day of May, 2008.

Mary Alice Theiler
United States Magistrate Judge