UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES H. CARNER, III,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. BEN SANDERS,<br><br>    Defendant. | CASE NO. C07-1646-JLR-MAT<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR EXTENSION OF TIME |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. Defendant has filed a motion for summary judgment. (Dkt. No. 33). On June 27, 2008, plaintiff filed a motion seeking to have the undersigned United States Magistrate Judge conduct all further proceedings in this matter, including trial. (Dkt. No. 38). Having reviewed the motion and the balance of the record, the Court hereby finds and ORDERS as follows:

(1) In the motion, plaintiff states that all of his legal documents were removed from his cell. (Dkt. No. 38 at 1). It is unclear how the relief that plaintiff seeks in the motion – assignment of the undersigned to preside over further proceedings – relates to this loss of documents. In addition, plaintiff's response to defendant's motion for summary judgment was due on July 7, 2008. In light of these circumstances, the Court construes plaintiff's motion as a motion for extension of time to file a response to defendant's motion for summary judgment. So construed, the motion (Dkt. No. 38) is GRANTED.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

(2) Plaintiff's response to defendant's motion for summary judgment is due no later than **August 25, 2008.** Defendant's reply, if necessary, is due no later than **August 29, 2008.** The Clerk shall RENOTE defendant's motion for summary judgment (Dkt. No. 33) for consideration by the Court on **August 29, 2008**. In addition, the deadline for filing a joint pretrial statement, as described in the Court's previous Order of March 13, 2008, is hereby STRICKEN and shall be reset, if necessary, after resolution of defendant's motion for summary judgment.

(3) The Clerk shall send a copy of this Order to plaintiff, to counsel for defendant, and to the Honorable James L. Robart.

DATED this 4th day of August, 2008.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2