UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES H. CARNER, III, | ) | CASE NO. C07-1646-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR COPIES |
| DR. BEN SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. He has filed a request for the Court to provide him with copies of certain documents. (Dkt. No. 41). Having considered plaintiff's request, and the balance of the record, the Court does hereby find and order as follows:

(1) Plaintiff's request for copies of certain documents is unclear. He does not adequately explain why he needs these documents nor what happened to the originals. In addition, plaintiff compounds the confusion by also requesting documents from two other cases, one of which has been closed. (Dkt. No. 41). In any event, plaintiff is advised that his status as an *in forma pauperis* litigant does not entitle him to free copies of documents filed with the Court. *See*

ORDER DENYING PLAINTIFF'S
REQUEST FOR COPIES
PAGE -1

*Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989) (holding that the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress). Therefore, plaintiff's request for copies (Dkt. No. 41) is DENIED.

    (2)    The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

DATED this <u>4th</u> day of September, 2008.

                       Mary Alice Theiler
                       United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
REQUEST FOR COPIES
PAGE -2