**07-CV-01646-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES H. CARNER, III, | ) | CASE NO. C07-1646-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| | ) | |
| DR. BEN SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed defendant's motion for summary judgment, plaintiff's response, defendant's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion for summary judgment (Dkt. No. 33) is GRANTED;

    (3)    The complaint and this § 1983 action are DISMISSED with prejudice; and

///

///

ORDER DISMISSING § 1983 ACTION
PAGE -1

01    (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02          defendants, and to Judge Theiler.

03    DATED this 24th day of ___October___, 2008.

04

05                                        JAMES L. ROBART
                                          United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 1983 ACTION
PAGE -2